```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

DAVID J. HENRY,                   :
                                  :
    Plaintiff,                    :
                                  :
v.                                :     CASE NO. 3:11cv580(AWT)
                                  :
ROBERT DEALY AND ROBERT BEACH,    :
                                  :
    Defendants.                   :

## NOTICE AND ORDER

More than 120 days have elapsed since the complaint was filed but the plaintiff has not made proof of service as required by Fed. R. Civ. P. 4(l).

Accordingly, the plaintiff is hereby ordered to file a memorandum on or before May 21, 2012 showing why this action should not be dismissed. See Fed. R. Civ. P. 4(m).

Failure to comply with this Order will result in dismissal pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED at Hartford, Connecticut this 9th day of May, 2012.

                                        _____/s/_____
                                        Donna F. Martinez
                                        United States Magistrate Judge